## SHAKIN *v.* BOARD OF MEDICAL EXAMINERS OF CALIFORNIA.

No. 1071.  Decided March 18, 1968.

*Burton Marks* and *Harvey A. Schneider* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## SULLIVAN *v.* GEORGIA.

No. 1131, Misc.  Decided March 18, 1968.

*Charles Morgan, Jr., Morris Brown* and *Melvin L. Wulf* for petitioner.

*Arthur K. Bolton,* Attorney General of Georgia, *G. Ernest Tidwell,* Executive Assistant Attorney General, *Marion O. Gordon,* Assistant Attorney General, and *William R. Childers, Jr.,* Deputy Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment of the Supreme Court of Georgia is reversed. *Whitus* v. *Georgia,* 385 U. S. 545.